Attachment A

FILED
APR 14 2020
US DISTRICT COURT-WVND
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Cordell Minor — *I keep telling them about my Breathing*

Your full name

*If something Happens to me they are Liable for not providing care*

FEDERAL CIVIL RIGHTS COMPLAINT
(BIVENS ACTION)

v.

Civil Action No.: 3:20-cv-62
(To be assigned by the Clerk of Court)

Bureau of Prisons
Emmanuel Adams (DR/MD):Adams; BoP:Employee
Amy Helmel, BoP Employee
Department of Justice

Groh
Trumble
Sims

Enter above the full name of defendant(s) in this action

I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: Cordell Minor    Inmate No.: 6195606 0
            Address: P.O. Box 5000, Bruceton Mills, WV, 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.  Name of Defendant: Emmanuel Adams
    Position: MD/Dr.
    Place of Employment: F.C.I. Hazelton
    Address: Home N/A; P.O. Box 460 Skyview Drive Bruceton Mills, WV, 26525

    Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

    If your answer is "YES," briefly explain: He is the Dr at F.C.I. Hazelton Contracted, or Employed by the BOP And There Delay is putting my life At Risk with the Covid-19 threat!

B.1 Name of Defendant: Amy Armel
    Position: Nurse practicioner
    Place of Employment: F.C.I. Hazelton
    Address: Home N/A P.O. Box 460 Skyview Drive Bruceton Mills, WV, 26525

    Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

    If your answer is "YES," briefly explain: She is Contracted By the BOP, and Employeed At F.C.I. Hazelton She stated They will do Nothing for me When the Delay is making me A Risk with the Covid-19 threat

B.2 Name of Defendant: Bureau of Prisons
    Position: Agency / Third Party Housing
    Place of Employment: Government
    Address: N/A

    Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Contracted to House me for the U.S. Marshal There Contracted staff Does not And Has Not Protected my Due process, Nor my medical needs while they are putting my Life In danger Due to the Covid-19

B.3 Name of Defendant: Department of Justice
Position: Agency
Place of Employment: Government
Address: N/A

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes   ☐ No

If your answer is "YES," briefly explain: I Think they are who inforced Judgment for me to be placed in BoP Custody. They the Court Indicated that I was to get proper medical treatment If something Happens to me It's Documented And my family Has Knowledge of this Action

B.4 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

    B.5   Name of Defendant: _____
             Position: _____
             Place of Employment: _____
             Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

III.  **PLACE OF PRESENT CONFINEMENT**

Name of Prison/ Institution: F.C.I. Hazelton

    A.   Is this where the events concerning your complaint took place?
         ☑ Yes     ☐ No

If you answered "NO," where did the events occur?
From Hazelton to Leavenworth, Back to Hazelton

    B.   Is there a prisoner grievance procedure in the institution where the events occurred?  ☑ Yes  ☐ No

    C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
         ☑ Yes     ☐ No
         I was also Delayed By Staff

    D.   If your answer is "NO," explain why not: _____

    E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _BP-8-9 placed in the Shu for 60 days_

LEVEL 2 _BP-10_

LEVEL 3 _BP-11_

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☐ Yes ☑ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

        2. Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number: _____

        4. Basic Claim Made/Issues Raised: _____

        5. Name of Judge(s) to whom case was assigned:

        6. Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit: _____

        8.    Approximate date of disposition. Attach Copies: ___✗___

C.   Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☑ Yes    ☐ No

D.   If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

I was Placed on a List to seek Consultations, But the physical Damage is still there, that was not there prior to Comming into the BoP, and My Lung Does not appear to be Clear and my breathing is not Like it was And I'm mentally Disfunctional, As To my Emoitional issue with my health

E.   Did you exhaust available administrative remedies?
      ☑ Yes    ☐ No

F.   If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I filed A SF-95; And the staff Refuses to give Any grievances stating that the Government Hoj Region is not operational / THey Told me to Go to Sick call when I go I get Nothing And Have medical Hold, But Can't get No treatment for Any of my systems at All

G.   If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:

_____
_____
_____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V.  STATEMENT OF CLAIM  *I keep telling them about my trouble Breathing and that the Inhaler don't work*

State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: ~~THE Negligence by the F.C.I. Hazelton staff from not cleaning up bird droppings, then going to F.C.I. Leavenworth where the Negligence from failure to clean up the Black mold has cause me to get a lung Infection~~ Negligence per se / Due Process / Deliberate Indifference

Supporting Facts: *I was transfered Back To F.C.I. Hazelton*

with a fungal infection and tooken off my medicine by Dr. Adams, my lungs were clear prior to me entering the BOP

CLAIM 2: Deliberate In Difference Professional Negligence / Fraudulent misrepresentation
I ~~have been denied and delayed medical attition~~
Deliberate Indifference

Supporting Facts: I've been delayed medical treatment, when a evil or harmful motive is not required, as there has been no CAT Scan to fully determine what's on my lung and this delay has made a present issue due to Coronavirus

CLAIM 3: Professional Negligence / Deliberate Indifference
I have ~~explained my pain and issues to staff it~~

Supporting Facts: I have made it known that my breathing was a issue, and the inhaler don't work, I had been diagnose with depression due to this issue

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

VI. <u>INJURY</u> I Keep telling them about my Breathing

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I Contracted A Lung Infection, While being held In THE BoP, And now have A SCAR on my Lung, And don't have full Lung capacity AND AM A HIGH RISK Inmate Due to Covid-19, And the BoP Does not provide adequate treatment, for Inmates with Resportory issues, And I'm having pshycalogical issues, I cant Sleep, Is emotionally unfit, And been diognosed with depression And Have been placed on several mental medications, And Treated different Cause I'm black

VII. <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Would like the DoJ/BoP,/And Contracted Staff to be liable for their negligence, And presenting A Health issue During the Covid-19 -THREAT; I would Like $5,000,000 And Interest And NOT Retaliated for this And Some Leway And for this to Be NOW published

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _F.C.I. Hazelton_ on _4-8-2020_ .
              (Location)                    (Date)

_[signature]_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Cardell M. Minor_

---

Your full name

v.                                             Civil Action No.: _____

_Bureau of Prisons_
_Emmanuell Adams, AKA Dr. Adams/MD_
_Amy Armel, AKA PAC_

---

Enter above the full name of defendant(s) in this action

**Certificate of Service**

I, _Cordell Minor_ (your name here), appearing *pro se*, hereby certify that I have served the foregoing _Bivens_ _____ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _4-9-20_ (insert date here):

(List name and address of counsel for defendant(s))

_Cordell Minor_
(sign your name)

---